UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
**1:09-10920 LTS**

**Jeffrey R. Smith**
Plaintiffs

V.

**Bay Colony Associates Realty Trust**
Defendants

CLOSING ORDER

SOROKIN, M.J.

In accordance with the Joint consent judgment dated 10/8/10, this case is hereby closed.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE